UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNI 4 MARKETING AB.,

          Plaintiff,

    -against-

VOLCANO CARRIERS CO. S.A., and ELMAR
SHIPPING CO. S.A.,

          Defendant.

-------------------------------------------------------X

08 CV 01818
ECF CASE

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, UNI 4 MARKETING AB, and submits in duplicate its Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

UNI 4 MARKETING AB is not a publicly traded company.

Dated: New York, New York
       February 22, 2008
       313-01

                                      CASEY & BARNETT, LLC
                                      Attorneys for Plaintiff

                                      Christopher M. Schierloh (CS-6644)
                                      317 Madison Avenue, 21st Floor
                                      New York, NY 10017
                                      (212) 286-0225