143-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for ELMAR SHIPPING CO. S.A.
80 Pine Street, 24th
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IF P&C INSURANCE, LTD. a/s/o UNI 4
MARKETING AB,

      Plaintiff,

-against-

VOLCANO CARRIERS CO. S.A., and
ELMAR SHIPPING CO. S.A.,

      Defendants.

08 CV 01818 (BSJ)

NOTICE OF RESTRICTED
APPEARANCE PURSUANT TO
ADMIRALTY RULE E(8)

PLEASE TAKE NOTICE that Freehill Hogan & Mahar, LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of ELMAR SHIPPING CO. S.A., the party in interest to certain funds under attachment, reserving all defenses available to it including without limitation personal jurisdiction, service, venue, real party in interest and the right to challenge the underlying Rule B attachment.

Dated: New York, New York
   March 18, 2008

          Respectfully submitted,
          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Elmar Shipping Co. S.A.

         By: _____
          Peter J. Gutowski (PG 2200)
          80 Pine Street
          New York, NY 10005
          (212) 425-1900
          (212) 425-1901 (fax)

NYDOCS1/300935.1

To:    CASEY & BARNETT, LLC
      *Attorneys for Plaintiff*
      317 Madison Avenue, 21st Floor
      New York, NY 10017
      Attn:   Martin F. Casey – mfc@caseybarnett.com

## CERTIFICATE OF SERVICE

    I, PETER J. GUTOWSKI, certify that I am counsel of record for party in interest ELMAR SHIPPING CO. S.A. On March 18, 2008, the within Notice of Restricted Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                                    Peter J. Gutowski

Dated: March 18, 2008