143-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for ELMAR SHIPPING CO. S.A.
80 Pine Street, 24th
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IF P&C INSURANCE, LTD. a/s/o UNI 4 MARKETING AB,<br><br>                      Plaintiff,<br>-against-<br><br>VOLCANO CARRIERS CO. S.A., and ELMAR SHIPPING CO. S.A.,<br><br>                      Defendants. | 08 CV 01818 (BSJ)<br><br>RULE 7.1 STATEMENT |

The Defendants and Counter-Claimants Volcano Carriers Co. S.A. and Elmar Shipping Co. S.A. by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certify that Defendants (private non-governmental parties) are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       April 11, 2008

                                        FREEHILL, HOGAN & MAHAR LLP
                                        Attorneys for Defendant and Counter-Claimants

                          By: _____
                                 Peter J. Gutowski (PG 2200)
                                 80 Pine Street, 24th Floor
                                 New York, NY 10005-1759
                                 Tel: (212) 425-1900

NYDOCS1/302669.1