USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IF P&C INSURANCE, LTD. a/s/o UNI-4
MARKETING AB,

                08 Civ. 01818 (BSJ)

        Plaintiff,

   - against -

                **NOTICE OF VOLUNTARY**
                **DISCONTINUANCE**

VOLCANO CARRIERS CO. S.A., and ELMAR
SHIPPING CO. S.A.,

        Defendants.
------------------------------------------------------X

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice, and without costs, as against defendants Volcano Carriers Co. S.A. and Elmar Shipping Co. S.A., neither party having answered the Complaint.

Dated: New York, New York
       April 10, 2008
       313-01

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                      By: _____
                                Christopher M. Schierloh (CS-6644)
                                317 Madison Avenue, Suite 1100
                                New York, New York 10017
                                (212) 286-0225

SO ORDERED:

_____
       U.S.D.J.

4/11/08